SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERIF KORASHY AHMED, <br>         Plaintiff, <br><br>         v. <br><br> ROBERT S. MUELLER, III, Director, <br> Federal Bureau of Investigations; <br> MICHAEL CHERTOFF, Secretary, <br> Department of Homeland Security; <br> DAVID STILL, District Director, U.S. <br> Citizenship and Immigration Services (USCIS); <br> EMILIO GONZALES, Director USCIS; <br> TERRY RICE, San Francisco Field Office <br> Director, USCIS, <br><br>         Defendants. | No. C 07-2046 BZ <br><br> **STIPULATION TO DISMISS; AND** ~~**[PROPOSED]**~~ **ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

    ///

Stipulation to Dismiss
C07-2046 BZ                                                     1

| | | |
|---|---|---|
| 1 | Dated: July 5, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____ |
| 5 | | ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: July 5, 2007 | _____/s/_____<br>ELIAS Z. SHAMIEH |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 6, 2007

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

Stipulation to Dismiss
C07-2046 BZ                    2